|  | FILED<br>CLERK, U.S. DISTRICT COURT<br>02/22/2022<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ____DVE____ DEPUTY |
|---|---|

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF(S) | CASE NUMBER |
|---|---|
| v. | 8:22-mj-00155-DUTY |
| BRIAN MORAN<br><br>DEFENDANT(S). | **DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: ORDER OF COURT
in the SOUTHERN District of CALIFORNIA on FEB 10, 2022
at 16:24  ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title   21   U.S.C., Section(s)   841
to wit: FAILURE TO APPEAR

A warrant for defendant's arrest was issued by: CLERK OF THE COURT FOR HON. RUTH B. MONTENEGRO

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/22/22
              Date

*Andrew Nguyen*
Signature of Agent

ANDREW NGUYEN
Print Name of Agent

USMS
Agency

DEPUTY US MARSHAL
Title