# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 02/22/2022 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: ___DVE___ DEPUTY |

UNITED STATES OF AMERICA

V.

Brian Moran

## WARRANT FOR ARREST

Case Number: __21CR01727-01__

8:22-mj-00155-DUTY

## NOT FOR PUBLIC VIEW

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Brian Moran_____
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense):
**FAILURE TO APPEAR**

RECEIVED
U.S. MARSHALS-S/CA
EL CENTRO
22 FEB 10 PM 4: 24

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
| --- | --- |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ Teresa Alvarez Romero | February 10, 2022, El Centro, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ ____NO BAIL____   by   ___The Honorable Ruth Bermudez Montenegro___
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 2/22/2022 | ANDREW NGUYEN | [signature] |
| DATE OF ARREST | DEPUTY US MARSHAL | |
| 2/22/2022 | | |